JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 342 -- IN RE URANIUM INDUSTRY ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 2/13/78 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1, A-2, A-3) APPENDIX 1 and APPENDIX 2 -- Cert. of Service TENNESSEE VALLEY AUTHORITY Suggested Transferee District -- E.D. Tennessee |
| 2/16/78 | | REQUEST FOR EXTENSION OF TIME -- Defendant A-3) Tenn. Valley v. URANGESELLSCHAFT mbH & Co., et al., S.D.N.Y., 77 Civ. 5617 GRANTED TO DEFT. URANGESELLSCHAFT mbH & Co. to March 15, 1978 (cds) |
| 2/21/78 | 2 | MOTION, BRIEF, CERT. OF SERV., EXHIBITS A,B,C,D, E; for transfer of A-1, A-2, A-3 to the N.D. Illinois for pretrial with B-1 RIO ALGOM CORP., DENISON MINES, LTD. AND ENGELHARD MINERALS & CHEMICALS CORP. |
| 2/21/78 | | ORDER -- Changing Caption of litigation to IN RE URANIUM INDUSTRY ANTITRUST LITIGATION |
| 2/23/78 | | APPEARANCES -- Herbert S. Sanger, Jr., Esquire -- Tennessee Valley Auth. Stephen A. Nye, Esq. for Gulf Oil Corp. and Gulf Minerals Canada Ltd. Joseph S. Wright, Jr., Esq. for Noranda Mines, Ltd. Laurence V. Senn, Jr., Esq. for Denison Mines, Ltd. |
| 2/24/78 | 3 | MOTION, BRIEF, Cert. of Svc. (2/23/78counsel) GULF OIL CORP., GULF MINERALS CANADA LTD. (A-1, A-2 and A-3) Suggested Transferee District: S.D. New York |
| 2/27/78 | | REQUEST FOR EXTENSION OF TIME -- Urangesellschaft mbh &Co. KG, -- GRANTED TO 3/15/78 (emh) |
| ~~X/XX/XX~~ | | ~~APPEARANCES~~ |
| 3/1/78 | 4 | RESPONSE -- Defendant Gulf Oil Corp. w/cert. of svc. (ea) |
| 3/2/78 | | HEARING ORDER -- Setting A-1 through B-1 for hearing to be held in Washington, D. C. on 3/31/78 (cds) |
| 3/2/78 | 5 | RESPONSE -- Defendants Rio Algom Corp.; Denison Mines, Ltd.; and Engelhard Minerals and Chemicals Corp. -- w/cert. of service (cds) |
| 3/2/78 | 6 | JOINT RESPONSE -- Defendants Rio Algom Corp., Denison Mines, Ltd. and Engelhard Minerals and Chemicals Corp. -- w/cert. of service (cds) |
| 3/2/78 | | APPEARANCES -- RAYMOND L. FALLS, JR. for Englehard minerals and Chemicals Corp. THOMAS W. JOHNSTON, ESQ. for Kerr-McGee Corp. ANDREW BARR, ESQ. for Pioneer Nuclear, Inc. RICHARD P. CAMPBELL for Reserve Oil & Minerals Corp. ROBERT T. JOHNSON, JR., ESQ. for United Nuclear Corp. ~~XXXXX~~ ANDREW W. HARTZELL, JR., ESQ. for Phelps Dodge Corp. JOHN H. HALL, ESQ.for Western Nuclear, Inc. ROBERT F. PUBLIESE, ESQ. for Westinghouse Electric corp. CARL SHUCK, ESQ. for Getty oil co. (rew) |
| 3/5/78 | 7 | JOINT RESPONSE -- Rio Algom Corp.; Denison Mines, Ltd., and Engelhard Minerals & Chemicals Corp. -- w/cert. of service (cds) |

JPML FORM 1A - Continuation

DOCKET ENTRIES -- p. 2

DOCKET NO. 342 -- IN RE URANIUM INDUSTRY ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 3/6/78 | | APPEARANCE -- W. DONALD MCSWEENEY for The Anconda Co. |
| 3/8/78 | 8 | RESPONSE -- Noranda Mines Limited w/cert. of svc. (ea) |
| 3/10/78 | | REQUEST FOR EXTENSION OF TIME -- Phelps Dodge Corp. , and Western Nuclear, Inc., granted to and including March 15, 1978. (ea) |
| 3/10/78 | 9 | RESPONSE W/SUPPORTING BRIEF -- TVA w/cert. of svc. (ea) |
| 3/13/78 | | APPEARANCE -- CHANGE ROBERT F. PUGLIESE, counsel for Westinghouse to LEE A. FREEMAN, JR., ESQ. for Westinghouse Corp. |
| 3/13/78 | 10 | RESPONSE -- WESTINGHOUSE CORP. BRIEF & Cert. of Service |
| 3/15/78 | 11 | RESPONSE OF URANGESELLSCHAFT mbH & Co. KG to TVA motion; and RESPONSE OF URANGESELLSCHAFT mbH & Co. KG to motion of Gulf Oil; and RESPONSE OF URANGELLSCHAFT mbH & Co. KG to motion of Rio Algom, et al.; and BRIEF w/ Answer of URANGELLSCHAFT mbH & Co. KG to S.D.N.Y action and certificate of service. see |
| 3/15/78 | | APPEARANCE -- Michael J. Pilsner, Esq. for Homestake Mining Co. |
| 3/15/78 | 12 | RESPONSE -- Phelps Dodge Corp. and Western Nuclear, Inc. -- w/cert. serv |
| 3/15/78 | 13 | MEMORANDUM -- Phelps Dodge Corp. and Western Nuclear, Inc.--w/cert.ser (cds |
| 3/20/78 | 14 | REPLY MEMORANDUM IN SUPPORT OF MOTION TO TRANSFER w/cert. of service -- Rio Algom Corp., Denison Mines, LTD. and Engelhard Minerals & Chemicals Corporation. (ea) |
| 3/22/78 | | HEARING APPEARANCES FOR MARCH 31, 1978 -- WASHINGTON, D.C. |
| | | Keith Bode, Esq. for Rio Algom Corporation, Denison Mines, Ltd. and Engelhard Minerals & Chemicals Corp. |
| | | Raymond L. Falls, Jr., Esquire for Englehard Minerals & Chemicals Corp. |
| | | Lee A. Freeman, Jr., Esquire and/or Jerrold E. Salzman, Esq. for Westinghouse Electric Corp. |
| | | Stephen A. Nye, Esq. forGulf Oil Corp. |
| | | Charles W. Van Beke, Esq. for Tennessee Valley Authority |
| | | Jack Lipson, Esquire for Urangesellschaft mbH & Co. KG |
| 3/22/78 | | WAIVER OF ORAL ARGUMENT FOR MARCH 31, 1978 Washington, D.C. Michael D. Freeborn, Esq. for Noranda Mines |
| 3/22/78 | 15 | REPLY/BRIEF -- Tennessee Valley Authority -- w/cert. of service (cds) |
| 3/22/78 | 16 | REPLY/BRIEF IN OPPOSITION -- Tennessee Valley Authority -- w/cert. of service (cds) |
| 7/31/78 | | CONSENT OF TRANSFEREE COURT -- Assigning Judge Prentice H. Marshall to handle litigation for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (ea) |
| 7/31/78 | | OPINION AND ORDER -- Transferring A-1, A-2 and A-3 to be consolidated with B-1 in the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (ea) |
| 7/31/78 | | DISSENTING OPINION AUTHORED BY JUDGE WEINFELD -- concurring in part by Judge Harper with per curiam opinion and order filed 7/31/78. (ea) |

p. 3

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 342 -- IN RE URANIUM INDUSTRY ANTITRUST LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 10/20/78 | 17 | MOTION/BRIEF, EXHIBITS A-M, w/cert. of svc. -- Homestake Mining Co. for transfer of counterclaim in (C-2)Homestake Mining Co. v. Enerdyne Corp., D.N.Mex., 77-609-P (emh) |
| 10/23/78 | | APPEARANCE -- Russell Moore, Esq. for Enerdyne Corp. (ea) |
| 11/6/78 | 18 | RESPONSE/MEMORANDUM -- Plaintiffs Westinghouse Electric Corp. -- w/cert. of svc. (emh) |
| 11/6/78 | 19 | RESPONSE/BRIEF -- Defendant Enerdyne Corp. -- w/Exhibits AA thru JJ and w/cert. of svc. (emh) |
| 11/9/78 | | HEARING ORDER -- Setting Motion for transfer of counterclaim in C-2 Homestake v. Enerdyne Corp., D. N.Mex., 77-609P for hearing on December 8, 1978, New York, New York (rew) |
| 11/15/78 | 20 | RESPONSE/MEMORANDUM -- Homestake Mining Company -- w/Exhibits N thru S and w/cert. of svc. (emh) |
| 11/20/78 | | ORDER VACATING AND CONTINUING HEARING of C-2 Homestake Mining Co. v. Enerdyne Corp., D. N.Mex., #Civ-77-609-P previously set for 12/9/78 hearing (cds) |
| 11/20/78 | | LETTERS REGARDING VACATING AND CONTINUING HEARING of C-2 -- 1) Jonathan Bunge, counsel for Gulf Oil Corp., and Gulf Minerals Canada Limited -- dated 11/6/78 2)Brian O'Rourke, counsel for Enerdyne -- dated 11/13/78 3) David M. Balabanian, counsel for Homestake Mining Co. -- dated 11/14/78 (cds) |
| 12/8/78 | | HEARING ORDER -- setting C-2 for hearing to be held in Washington, D.C. on Jan. 19, 1979. (ea) |
| 1/19/79 | | HEARING APPEARANCES for hearing in Wash., D.C. on 1/19/79 David M. Balabanian for Homestake Mining Co. Russell Moore for Enerdyne Corporation Lee A. Freeman, Jr. for Westinghouse Electric Corp. (emh) |
| 2/26/79 | 21 | LETTER-Homestake dated 2/22/79 signed by D.M.Balabanian(ea) |
| 2/27/79 | | OPINION AND ORDER -- C-2 Homestake Mining Co. v. Enerdyne Corp., D. New Mexico, C.A.No. Civ-77-609-P -- TRANSFERRING all claims and counterclaims to the N.D. Ill. for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407, except the antitrust counterclaims ~~which are~~ are to be remanded to the D. New Mexico for further proceedings. ~~(ea)~~ Only the antitrust counterclaim will be processed in Ill., N. under 28 U.S.C. §1407. (ea) |
| 3/16/79 | | C-2 Homestake Mining Corp. v. Enerdyne Corp.,D.N.Mex., C.A.No. 77-609-P ORDER CORRECTING opinion filed on 2/27/79. (ea) |

.p 4

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- ___

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/02/06 | 22 | MOTION, BRIEF, SCHEDULE, CERT. OF SERVICE -- Defendants ("Utilities") -- To Transfer D-3 Getty Oil Co. v. Wis. Electric Power Co., C.D.Cal., 81-0334 to the N.D. Illinois (cds) |
| 81/02/18 | 23 | REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSE (Re: Motion in D-3) -- BEHALF OF ALL DEFENDANTS -- GRANTED to & including March 23, 1981 (emh) |
| 81/02/20 | 24 | RESPONSE/BRIEF -- Gulf Oil Corp. and Gulf Minerals Canada Limited -- w/cert. of svc. (emh) |
| 81/02/24 | 25 | REQUEST FOR EXTENSION OF TIME -- Getty Oil Company -- GRANTED to and including March 23, 1981 (emh) |
| 81/02/25 | | **APPEARANCES: JOHN R. LIGHT, ESQ. for Gulf Oil Corp. and Gulf Minerals Canada Limited; JOHN A. RITSHER, ESQ. for Public Service Co. of New Hampshire, et al.; STUART PARSONS, ESQ. for Wisconsin Electric Power Co., et al.; and BRENTON F. GOODRICH, ESQ. for Getty Oil Co. (cds)** |
| 81/03/02 | 26 | MOTION TO TRANSFER, RESPONSE, BRIEF, CERT. OF SVC. TO PLDG. NO. 22 -- Pltf. Getty Oil Company. Notified involved counsel. (ea) [handwritten: XYZ-4 ...] |
| 81/03/05 | 27 | REQUEST FOR FILING ADDITIONAL PAGES (for pldg. no. 26) -- pltf. Getty Oil Co. -- GRANTED. (ea) |
| 81/03/05 | 28 | REQUEST FOR EXTENSION OF TIME AND FILING OF ADD'L PAGES -- The Utilities -- GRANTED to and including Mar. 30, 1981. Notified all counsel of extension of time. (ea) **for filing response and reply.** |
| 81/03/13 | 29 | REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSE TO GETTY OIL MOTION (Pleading No. 26) -- Utah International Inc., Phelps Dodge Corp., Western Nuclear, Inc., The Anconda Co., Atlas Corp. and Kerr-McGee Corp. -- GRANTED to & including March 23, 1981. Notified involved counsel. (ds) |
| 81/03/13 | 30 | AMENDMENT TO PLEADING 22, MOTION, BRIEF, SCHEDULE and CERT. OF SERVICE -- To include XYZ-4 Wisconsin Electric Power Co., et al. v. Pancontinental Mining Ltd., et al., N.D. Illinois, C.A. No. 81-C-0506 (cds) |
| 81/03/16 | 31 | REQUEST FOR EXTENSION OF TIME -- Kerr-McGee Corporation -- GRANTED TO ALL to & including March 30, 1981 for responses to the motions and amended motion, and April 6, 1981 for replies. Notified involved counsel. (ds) |
| 81/03/17 | 32 | RESPONSE, CERT. OF SVC. (to pldg. no. 22) -- Gulf Oil Corp. and Gulf Minerals Canada Ltd. (ea) |

45

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 342 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/03/19 | 33 | LETTER -- behalf of "the Utilities" (signed by W. Stuart Parsons) requesting permission to file a single reply to Gety's motion and the Utilities' motion on 4/6/81 -- GRANTED (emh) |
| 81/03/23 | | HEARING ORDER -- Setting Motion to transfer D-3 Getty Oil and XYZ-4 Wisconsin Electric for Panel hearing in Washington, D.C. on April 30, 1981 (cds) |
| 81/03/30 | 34 | RESPONSE, BRIEF, CERT. OF SVC. (Re: D-3 and XYZ-4) -- Getty Oil Co. (ea) |
| 81/03/30 | 35 | OPPOSITION IN RESPONSE, CERT. OF SVC. (Re: XYZ-4) -- Gulf Oil Corp. and Gulf Minerals Canada Ltd. (ea) |
| 81/03/30 | 36 | RESPONSE, CERT. OF SVC. (Re: D-3 and XYZ-4) -- Anaconda Co., Atlas Corp., Utah Int'l, Inc. and Phelps Dodge Corp. (ea) |
| 81/03/30 | 37 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY -- Getty Oil Co. -- GRANTED to and including 4/13/81. (ea) # Notified counsel. |
| 81/03/31 | 38 | RESPONSE MEMORANDUM -- Kerr-McGee Corp., joined by Anaconda Co. and United Nuclear Corp. -- w/cert. of service (cds) |
| 81/04/06 | 39 | OPPOSITION IN RESPONSE, BRIEF, CERT. OF SVC. (Re: D-3 and XYZ-4) -- Wisconsin Utilities. (ea) |
| 81/04/13 | 40 | REPLY BRIEF -- Getty Oil Co. -- w/cert. of service (cds) |
| 81/04/27 | | HEARING APPEARANCES -- W. Stuart Parson, Esq. for Wisconsin Electric Power Company, Wisconsin Electric Power and Light Co., Wisconsin Public Service Corp. and Madison Gas and Electric Co.; Thomas W. Johnston for Kerr-McGee Corp.; Brenton F. Goodrich for Getty Oil Co.; John R. Light, Esq. for Gulf Oil Corp. and Gulf Minerals Canada Limited (ds) |
| 81/04/27 | | WAIVER OF ORAL ARGUMENT -- Westinghouse Electric Corp.; Engelhard Minerals & Chemicals Corp.; Tennessee Valley Authority; Phelps Dodge Corp. and Western Nuclear, Inc. (ds) |
| 81/04/29 | 41 | REQUEST TO VACATE HEARING in D-3 and XYZ-4 scheduled for April 30, 1981 in Wash., D.C. -- Utilities and Getty Oil Company. (signed by Stuart Parsons) (emh) |
| 81/04/29 | | ORDER VACATING HEARING -- Re: D-3 and XYZ-4 scheduled April 30, 1981 in Wash., D.C. (emh) |
| 81/06/03 | 42 | LETTER -- Utilities -- status of Getty Oil and Wisconsin Electric actions (signed by Mr. Miller) (emh) |
| 81/08/10 | 43 | LETTER -- Utilities -- status of Getty Oil and Wisconsin Electric actions -- signed by Mr. Miller (cds) |

JPML FORM 1A - Continuation

DOCKET ENTRIES -- p.____

DOCKET NO. ___ -- ____________

| Date | Ref | Pleading Description |
|---|---|---|
| 81/10/14 | | ORDER DENYING TRANSFER -- D-3 Getty Oil Co. v. Wisconsin Electric Power Co., et al., C.D. Calif., C.A. No. 81-0334 CBM(MX); xyz-4 Wisconsin Electric Power Co., et al. v. Pancontinental Mining Ltd., et al., N.D. Illinois, C.A. No. 81-C-0506. Notified involved clerks, judges and counsel. (ds) |

DOCKET NO. 342 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: ~~IN RE TENNESSEE VALLEY AUTHORITY URANIUM SUPPLIERS ANTITRUST LITIGATION~~ ~~IN RE URANIUM ANTITRUST LITIGATION~~ IN RE URANIUM INDUSTRY ANTITRUST LITIGATION

Summary of Panel Actions

Date(s) of Hearing(s) 3/31/78

Consolidation Ordered 7/31/78 Consolidation Denied

Opinion and/or Order 7/31/78 2/28/79

Citation 458 F. Supp 1223 466 F. Supp 958

Transferee District N. D. Illinois Transferee Judge Prentice H. Marshall

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Tennessee Valley Authority v. Rio Algom Corp. | D. Colo. Kane | 77-Z-1053 | 7/31/78 | 78-3233 | 6-11-81 | |
| A-2 | Tennessee Valley Authority v. Rio Algom Ltd., et al. | E.D.Tenn Wilson | 77-290 | 7/31/78 | 78-3243 | 3/20/84 D | |
| A-3 | Tennessee Valley Authority v. URANGESELLSCHAFT mbH & Co. KG, et al. | S.D.N.Y. Conner | 77 Civ 5617 | 7/31/78 | 78-3280 | 5-1-81 | |
| B-1 | Westinghouse Corp. v. Rio Algom Limited, et al. | N.D.Ill Marshall | 76C3830 | | | 6-17-81 | 2/21/78 Motion |
| C-2 | Homestake Mining Co. v. Enerdyne Corporation | D.N.Mex. | Civ-77-609-P | 2/28/79 | 79-1029 | 6-29-81 | |
| | July 1979 = 4 TR; 2 X Y 2 = 5 Pdg<br>July 1980 – Same | | | | | | |
| D-3 | Getty Oil Company v. Wisconsin Electric Power Co., et al. | C.D.Cal. Marshall | 81-0334-CBM(Mx) | | | | |
| XYZ-4 | Wisconsin Electric Power Co., et al. v. Pancontinental Mining Limited, et al. | N.D.Ill. Marshall | 81-C-0506 | | | 9/11/81 | ~~Not Orig~~ DP 342 |
| | July 1982 – 5 Dis / 1 Pdg<br>July 1983 – Same | | | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 342 -- IN RE URANIUM INDUSTRY ANTITRUST LITIGATION

TENNESSEE VALLEY AUTHORITY
Herbert S. Sanger, Jr., Esquire
General Counsel
Tennessee Valley Authority ✓
400 Commerce Avenue E11B33
Knoxville, Tennessee 37902

RIO ALGOM CORP.
Keith F. Bode, Esquire
Jenner & Block
One IBM Plaza
Chicago, Illinois 60611

GULF OIL CORP.
GULF MINERALS CANADA LTD.
John R. Light, Esq.
Latham & Watkins
555 South Flower Street
Los Angeles, California 90071

URANERZ CANADA LTD.
Daniel P. Levitt, Esquire
Kramer, Lowenstein, Nessen, Kamin & Soll
919 Third Avenue
New York, New York 10022

NORANDA MINES, LTD.
Joseph S. Writht, Jr., Esquire
Rooks, Pitts, Fullagar & Poust
Suite 1776, 208 South LaSalle St.
Chicago, Illinois 60604

DENISON MINES, LTD.
Laurence V. Senn, Jr., Esquire
Mudge, Rose, Guthrie & Alexander
20 Broad Street
New York, New York 10005

URANGESELLSCHAFT mbH & Co. KG
~~Jack Lipson, Esquire~~
Arnold & Porter
1229 Nineteenth Street, N.W.
Washington, D.C. 20036

ENGELHARD MINERALS & CHEMICALS CORP.
Raymond L. Falls, Jr., Esquire
Cahill, Gordon & Reindel
80 Pine Street
New York, New York 10005

KERR-MCGEE CORPORATION
Thomas W. Johnston, Esquire
Chadwell, Kayser, Ruggles, McGee & Hastings
8500 Sears Tower
Chicago, Illinois 60606

PIONEER NUCLEAR, INC.
Andrew Barr, Esquire
Locke, Purnell, Boren, Laney & Neely
3600 Republic Bank Tower
Dallas, Texas 75201

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 342 -- IN RE URANIUM INDUSTRY ANTITRUST LITIGATION

RESERVE OIL & MINERALS
Richard P. Campbell, Esquire
McConnell & Campbell
135 South LaSalle Street
Chicago, Illinois 60603

UNITED NUCLEAR CORPORATION
Robert T. Johnson, Jr., Esquire
Bell, Boyd, Lloyd, Haddad & Burns
135 S. LaSalle Street
Chicago, Illinois 60603

PHELPS DODGE CORPORATION
Andrew C. Hartzell, Jr., Esquire
Debevoise, Plimpton, Lyons & Gates
299 Park Avenue
New York, New York 10017

WESTERN NUCLEAR, INC.
John H. Hall, Esquire
Debevoise, Plimpton, Lyons & Gates
299 Park Avenue
New York, New York 10017

WESTINGHOUSE ELECTRIC CORP.
Lee A. Freeman, Jr., Esquire
Freeman, Rothe, Freeman & Salzman
One IBM Plaza - Suite 3200
Chicago, Illinois 60611

THE ANCONDA COMPANY
W. Donald McSweeney, Esquire
Schiff, Hardin & Waite
7200 Sears Tower
233 South Wacker Drive
Chicago, Illinois

FEDERAL RESOURCES CORP.
Richard K. Decker, Esquire
Lord, Bissel & Brook
115 South LaSalle Street
Chicago, Illinois 60603

GETTY OIL CO.
Brenton F. Goodrich, Esq.
Overton, Lyman & Prince
550 S. Flower Street
Sixth Floor
Los Angeles, CA 90071

HOMESTAKE MINING CO.
Michael J. Pilshner, Esquire
McCutchen, Doyle, Brown & Enersen
Three Embarcadero Center
San Francisco, Calif. 94111

RTZ CORP. OF AMERICA
Paul G. Gebhard, Esquire
Vedder, Price, Kaufman & Kammholz
115 South LaSalle St.
Chicago, Illinois 60603

UTAH INTERNATIONAL, INC.
Bruce Hoff, Esquire
Mayer, Brown & Platt
231 South LaSalle Street
Chicago, Illinois 60604

(Local Counsel for Plaintiff)
HOMESTAKE MINING CO. (C-2)
James E. Sperling, Esq.
Modrall Sperling Roehl Harris & Sisk
P.O. Box 2168
Albuquerque, New Mexico 87103

JPML FORM 2A -- Continuation

Attorney List -- p. 3

DOCKET NO. 342 -- IN RE URANIUM INDUSTRY ANTITRUST LITIGATION

PANCONTINENTAL MINING LTD.
Chief Executive Officer
16th Level, No. 1 York St.
Sydney, N.S.W. Australia

QUEENSLAND MINES LTD.
Chief Executive Officer
Suite 3701
Australia Sq.
Sydney, N.S.W. 2000 Australia

MARY KATHLEEN URANIUM LTD.
Chief Executive Officer
95 Collins St.
Melbourne, Victoria 3001 Australia

CONZINC RIO TINTO OF AUSTRALIA LTD.
Chief Executive Officer
95 Collins
Melbourne, Victoria 3001 Australia

RIO TINTO ZINC CORP. LTD.
Chief Executive Officer
6 St. James Square
London, SWly 4LD England

R.T.Z. Services LTD
Chief Executive Officer
6 St. James Square
London, SW1Y 4LD England

NUCLEAR FUELS CORP. OF SOUTH AFRICA
4th Floor, Cape House
McClaren St.
Johannesburg, South Africa

ANGLO-AMERICAN CORP.
Chief Executive Officer
42 Marshall St.
Johannesburg, South Africa

URANEX
Chief Executive Officer
1 Boulevard de Vaugirard
75751 Paris Cedex 15
France

ENERDYNE CORPORATION
Russell Moore, Esq.
Keleher & McLeod, P.A.
P.O. Drawer, P.A.
Albuquerque, N. Mexico 87103

UNITED KINGDOM OF GREAT BRITAIN AND NORTHERN IRELAND
Earl W. Kintner, Esq.
Arent, Fox, Kintner, Plotkin & Kahn
1815 H Street, N.W.
Washington, D. C. 20006

GETTY OIL CO. (D-3)
Brenton F. Goodrich, Esq.
(Address under GETTY OIL (deft.))

WISCONSIN ELECTRIC POWER CO.
WISCONSIN POWER AND LIGHT CO.
WISCONSIN PUBLIC SERVICE CORP.
MADISON GAS AND ELECTRIC CO.
Stuart Parsons, Esq.
Quarles & Brady
780 North Water Street
Milwaukee, WI 53202

JPML FORM 2A -- Continuation

Attorney List -- p. _______

DOCKET NO. ______ -- ________________________________

PUBLIC SERVICE CO. OF NEW HAMPSHIRE
THE UNITED ILLUMINATING CO.
CENTRAL MAINE POWER COMPANY
CENTRAL VERMONT PUBLIC SERVICE CORP.
THE CONNECTICUT LIGHT AND POWER CO.
FITCHBURG GAS AND ELECTRIC LIGHT CO.
MONTAUP ELECTRIC CO.
NEW BEDFORD GAS AND EDISON LIGHT CO.
NEW ENGLAND POWER CO.
HUDSON LIGHT AND POWER DEPT.
BANGOR HYDRO-ELECTRIC CO.
TAUNTON MUNICIPAL LIGHTING PLANT
MASS. MUNICIPAL WHOLESALE ELECTRIC CO.
MAINE PUBLIC SERVICE CO.
VERMONT ELECTRIC COOPERATIVE, INC.

John A. Ritsher, Esq.
Ropes & Gray
235 Franklin Street
Boston, Massachusetts 02110

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 342 -- IN RE URANIUM ~~XXXXXXX~~ INDUSTRY ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| RIO ALGOM CORP. ✓ | A-1 A-2 B-1 |
| RIO TINTO ZINC CORP. ✓ | A-2 B-1 |
| RIO TINTO ZINC CORP. LTD | B-1 |
| RIO ALGOM LTD ✓ | B-1 |
| RTZ SERVICES LTD. ✓ | A-2 B-1 |
| GULF OIL CORP. ✓ | A-2 B-1 |
| GULF MINERALS CANADA LTD ✓ | A-2 B-1 |
| URANERZ CANADA LTD ✓ | A-2 |
| NORANDA MINES LTD ✓ | A-2 B-1 |
| DENISON MINES LTD. ✓ | A-2 B-1 |
| DENISON MINES (U.S.) INC. | B-1 |

| | |
|---|---|
| URANGESELLSCHAFT mbH &Co. | A-3 |
| URANEX | A-3 |
| ENGELHARD MINERALS & CHEMICALS CORP. | A-3 B-1 |
| CONZINC RIO TINTO OF AUSTRALIA LTD | B-1 |
| MARY KATHLEEN URANIUM LTD. | B-1 |
| PANCONTINENTAL MINING LTD | B-1 |
| QUEENSLAND MINES LTD | B-1 |
| ANGLO-AMERICAN CORP. OF SOUTH AFRICA, LTD | B-1 |
| KERR-McGEE CORP. | B-1 |
| THE ANACONDA CO. | B-1 |
| GETTY OIL CO. | B-1 |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 342 -- IN RE URANIUM INDUSTRY ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| UTAH INTERNATIONAL INC. | B-1 |
| PHELPS DODGE CORP. | B-1 |
| WESTERN NUCLEAR INC. | B-1 |
| HOMESTAKE MINING CO. | B-1 |
| ATLAS CORP. | B-1 |
| RESERVE OILS & MINERALS CORP. | B-1 |
| UNITED NUCLEAR CORP. | B-1 |
| FEDERAL RESOURCES CORP. | B-1 |
| ~~PIONEER NUCLEAR~~, INC. | B-1 |
| [illegible] | [illegible] |
| [illegible] | [illegible] |

Case MDL No. 342 Document 1 Filed 05/05/15 Page 15 of 16

p. 4

| | |
|---|---|
| [illegible] | |
| [illegible] | |
| [illegible] New Hampshire | |
| [illegible] | |
| [illegible] Co | |
| [illegible] Corp. | |
| The Connecticut [illegible] Co | |
| [illegible] | |
| [illegible] Electric [illegible] | |
| [illegible] | |
| [illegible] | |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. [illegible] -- [illegible]

| Name of Party | Named as Party in Following Actions |
| --- | --- |
| [illegible] | D-[illegible] |
| [illegible] | [illegible] |
| Hudson Light & Power Co | D-3 |
| Bangor Hydro-Electric Co | D-3 |
| Taunton Municipal Lighting Co | D-3 |
| Mass Municipal Wholesale Electric Co | D-3 |
| Maine Public Service Co | D-3 |
| | |
| | |
| | |
| | |